**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY,<br><br>    Plaintiff,<br><br>v.<br><br>ACSMOBILE.ORG,<br><br>    Defendant. | Civil Action No. 19-cv-823-RDA-TCB |

## PLAINTIFF'S NOTICE OF MOTION

PLEASE BE ADVISED THAT on September 13, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff American Chemical Society, by counsel, will move pursuant to Fed. R. Civ. P. 55(b) and the Local Rules of this Court for the entry of a default judgment against the defendant domain name ACSMobile.org in accordance with the accompanying motion and memorandum.

Dated: August 13, 2019     By:     /s/ Attison L. Barnes, III
                                    Attison L. Barnes, III (VA Bar No. 30458)
                                    David E. Weslow (pro hac vice)
                                    Alexander B. Owczarczak (pro hac vice)
                                    WILEY REIN LLP
                                    1776 K St. NW
                                    Washington, DC 20006
                                    (202) 719-7000 (phone)
                                    (202) 719-7049 (fax)
                                    abarnes@wileyrein.com

                                    *Counsel for Plaintiff
                                    American Chemical Society*

## CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on August 13, 2019, I electronically filed the foregoing by using the CM/ECF system. I also sent a copy to the registrant of the ACSMobile.org domain name c/o the registrar of the domain name.

 /s/ Attison L. Barnes, III
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Counsel for Plaintiff*
*American Chemical Society*