IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACSMOBILE.ORG, an Internet domain ) <br> name, ) <br> ) <br> Defendant. ) | Civil Action No. 1:19-cv-823 <br> (RDA/TCB) |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Theresa Buchanan on October 29, 2019. Dkt. 35. In this Anti-Cybersquatting Consumer Protection Act case, 15 U.S.C. § 1125(d), Judge Buchanan recommends that judgment be entered against Defendant and that the Defendant Domain Name be transferred back to Plaintiff. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Buchanan's Recommendation was November 11, 2019. To date, no objections have been filed.

After reviewing the record and Judge Buchanan's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation. Dkt. 35.

Accordingly, Plaintiff's Motion for Default Judgment is GRANTED. Dkt. 31.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

It is hereby ORDERED that Public Interest Registry change the registrar of record for the Defendant Domain Name, ACSMOBILE.ORG, to Network Solutions LLC, and that Network Solutions LLC take the necessary steps to have Plaintiff listed as the registrant for that domain name.

It is further ORDERED that the preliminary injunction bond of $500.00 previously deposited with the Court on July 16, 2019 be RETURNED to Plaintiff. Dkt. 27.

The Clerk is directed to enter judgment in this matter pursuant to Federal Rule of Civil Procedure 55 and to forward copies of this Order to counsel of record.

November 22nd, 2019
Alexandria, Virginia

/s/
Rossie D. Alston, Jr.
United States District Judge